# United States Bankruptcy Court
## Northern District of California

In re: **RLD, Inc. a California corporation**
Debtor(s)

Case No.
Chapter **11**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **11** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **November 7, 2011**

**/s/ Lorraine E. Ring**
**Lorraine E. Ring**/**President**
Signer/Title

Adobe Associates
1220 North Dutton Ave
Santa Rosa, CA 95401


American Express Blue
PO Box 981535
El Paso, TX 79998


American Express Gold
PO Box 981535
El Paso, TX 79998


Andover Labs, LLC
648 Larkfield
Santa Rosa, CA 95403


Antonio E. Garza
664 Larkfield
Santa Rosa, CA 95403


Anytime Fitness/NorCal Fitness
490 Larkfield
Santa Rosa, CA 95403


APES
PO Box 1823
Boyes Hot Springs, CA 95416


Arthur Rosenthal
650 Larkfield A-1
Santa Rosa, CA 95403

Baan Thai Restaurant
424 Larkfield
Santa Rosa, CA 95403


Benjamin Sippel
650 Larkfield A-2
Santa Rosa, CA 95403


Body & Soul Massage Therapy
440 Larkfield
Santa Rosa, CA 95403


Bungalow Tea & Coffee
540 Larkfield
Santa Rosa, CA 95403


Buns & Burgers
406 Larkfield
Santa Rosa, CA 95403


Cal American Water Co.
640 Larkfield
Santa Rosa, CA 95403


Capital One
PO Box 60599
City of Industry


Chase
PO Box 94014
Palatine, IL 60094-4014

```
Chase--Visa
PO Box 94014
Palatine, IL 60094-4014



Ciao Bella Spa/Salon
428 Larkfield
Santa Rosa, CA 95403



County of Sonoma
585 Fiscal Drive, Rm 100F
Santa Rosa, CA 95403



County of Sonoma PRMD
2550 Ventura Ave
Santa Rosa, CA 95403



CVS/Longs Drug Stores
777 S. Harbor Blvd. Ste. E163
La Habra, CA 90631



Dolores Grasham/Fernando Samiento
36 St. James Drive
Santa Rosa, CA 95403



Drew Simmons
650 Larkfield A-4
Santa Rosa, CA 95403



Dung Nguyen/Thanh Ly Artwork Nail/Spa
656 Larkfield
Santa Rosa, CA 95403
```

Eternal Art/Gachet
38 St. James
Santa Rosa, CA 95403


Exchange Bank
P.O. Box 760
Santa Rosa, CA 95402


Exchange Bank
500 Larkfield
Santa Rosa, CA 95403


Final Edition
412/442 Larkfield
Santa Rosa, CA 95403


Formative Fertilizer
650 Larkfield B-3
Santa Rosa, CA 95403


Golden Eagle Insurance
PO Box 85834
San Diego, CA 92186


Grace Fellowship Church
608, 612, 616, and 618 Larkfield
Santa Rosa, CA 95403


Grand Illusions
636 Larkfield
Santa Rosa, CA 95403

Hodson, Molina, Romero & Guardino
434 N. Canal St. #1
South San Francisco, CA 94080


Home Depot
PO Box 6029
The Lakes, NV 88901


Homerun Pizza
432 Larkfield
Santa Rosa, CA 95403


Homerun Pizza, Inc.
484 & 432 Larkfield
Santa Rosa, CA 95403


IRS
PO Box 21126
Philadelphia, PA 19114-0326


James Graham
650 Larkfield A-5
Santa Rosa, CA 95403


Jayne Slayton
PO Box 4343
Santa Rosa, CA 95402


Johanson & Yau
160 W. Santa Clara St. Suite 900
San Jose, CA 95113

John & Karen Ryan Family Trust
337 Carrie Place
Santa Rosa, CA 95407


KA Chinese Restaurant
594 Larkfield
Santa Rosa, CA 95403


Lakeside Water
430 Larkfield
Santa Rosa, CA 95403


Larkfield Barber
582 Larkfield
Santa Rosa, CA 95403


Larkfield Cleaners
420 Larkfield
Santa Rosa, CA 95403


Larkfield Florist
558 Larkfield
Santa Rosa, CA 95403


Larkfield Pet Supply
454 Larkfield
Santa Rosa, CA 95403


Larkfield Veterinary Hospital
448 & 450 Larkfield
Santa Rosa, CA 95403

Lisa Gygax
686 Larkfield A
Santa Rosa, CA 95403


Lisa Gygax
686 Larkfield B
Santa Rosa, CA 95403


Lorena Restaurant
600 Larkfield
Santa Rosa, CA 95403


Lorraine E. Ring
2840 Bardy Road
Santa Rosa, CA 95404


Lorraine E. Ring
PO Box 4343
Santa Rosa, CA 95402


Lorraine E. Ring
PO Box 4343
Santa Rosa, CA 95404


Management Office
650 Larkfield D
Santa Rosa, CA 95403


Mark Scheuer/Allstate Insurance
684 Larkfield
Santa Rosa, CA 95403

Matt Martensen
18391 3100 Rd
Hotchkiss, CO 81419


Maxine Wright
436 Larkfield
Santa Rosa, CA 95403


Medi-Cal Regulation Specialists
642 Larkfield
Santa Rosa, CA 95403


Mikel Bryan Profit Sharing Plan
550 Doyle Park Drive
Santa Rosa, CA 95404


Mikel D. Bryan, P.C.
550 Doyle Park Drive
Santa Rosa, CA 95405


MKM Associates
441 College Ave
Santa Rosa, CA 95401


Molsberry Market, Inc.
510/522 Larkfield
Santa Rosa, CA 95403


Norm's Kitchen
478 Larkfield
Santa Rosa, CA 95403

North Valley Bank
PO Box 493158
Redding, CA 96049


Picture That
460 Larkfield
Santa Rosa, CA 95403


Postal Plus, Inc./ Findley
422 Larkfield
Santa Rosa, CA 95403


RMS, LLC
PO Box 4343
Santa Rosa, CA 95402


Sal Lupien
6115 Seneca Circle
Discovery Bay, CA 94505


Sapphire Salon
598 Larkfield
Santa Rosa, CA 95403


Sharpe Associates
2200 Range Avenue Suite 201
Santa Rosa, CA 95403


Shell
PO Box 183018
Columbus, OH 43218-3018

Sonoma Cty. Shefiff
620 Larkfield
Santa Rosa, CA 95403


Sonoma Eyeworks
534 Larkfield
Santa Rosa, CA 95403


Sonoma Orthopedic Products, Inc.
3539 Westwind Blvd.
Santa Rosa, CA 95403


State Farm Insurance
474 Larkfield
Santa Rosa, CA 95403


Subway Sandwiches
570 Larkfield
Santa Rosa, CA 95403


The Nail Studio
472 Larkfield
Santa Rosa, CA 95403


Tierney/Figueiredo Architects
817 Russell Avenue, Suite H
Santa Rosa, CA 95403


Tim & Jayne Slayton
2591 Rim Rock Way
Santa Rosa, CA 95404

W-Trans
490 Mendocino Avenue, Suite 201
Santa Rosa, CA 95401


Wayne Lazar
dba Sonoma County School of Music
438 Larkfield
Santa Rosa, CA 95403


Wayne Lazar dba
Sonoma County School of Music
438 Larkfield
Santa Rosa, CA 95403


Willamette Capital
Yosemite Fund II
303 W. Joaquin Ave, Suite 105
San Leandro, CA 94577


Wine Country Connection
46 & 48 St. James
Santa Rosa, CA 95403


Yosemite Fund II
Pontes Financial Group
Willamette
303 W. Joaquin Ave. Suite
San Leandro, CA 94577


Yosemite Fund II, Pontes (2007)
Financial
303 W. Joaquin Ave
San Leandro, CA 94577